UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL MEJIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WESTERN PROGRESSIVE, LLC;<br>OCWEN LOAN SERVICING, LLC;<br>WELLS FARGO BANK, N.A.; and DOES<br>1 THROUGH 35 INCLUSIVE,<br><br>　　　　Defendants. | Case No.: 2:17-cv-06734-PSG-JPR<br><br>Hon. Philip S. Gutierrez<br><br>[~~PROPOSED~~] JUDGMENT OF DISMISSAL WITH PREJUDICE<br><br>**Hearing:**<br>**Date: November 13, 2017**<br>**Time: 1:30 PM**<br>**Ctrm. 6A**<br><br>Action Filed: July 11, 2017<br>Trial Date:　None |

On October 27, 2017, this Court granted *defendants* OCWEN LOAN SERVICING, LLC, and WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-6, ASSET-BACKED CERTIFICATES, SERIES 2007-6's (erroneously sued as Wells Fargo Bank, N.A.) (collectively "Defendants") Motion for Judgment on the Pleadings ("Motion").

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1.　Plaintiff RAUL MEJIA's ("Plaintiff") Complaint against Defendants is dismissed with prejudice;

2. Judgment is entered in favor of Defendants;

3. Plaintiff shall recover nothing against Defendants;

4. Defendants are entitled to recover from Plaintiff the costs of suit in this action. Defendants may file a Memorandum of Costs.

Dated: 11/3/17

**PHILIP S. GUTIERREZ**
HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE